■ In the Matter of ANDRE TERRY, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [56 NYS3d 895]—Appeal from a judgment of the Supreme Court (Ryba, J.), entered April 25, 2016 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination. Supreme Court dismissed the petition and this appeal ensued. The Attorney General has advised this Court that since the filing of the ap-

peal, the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has been granted all the relief to which he is entitled, the appeal must be dismissed as moot (*see Matter of Colon v Venettozzi*, 150 AD3d 1498, 1498 [2017]).

McCarthy, J.P., Egan Jr., Devine, Mulvey and Rumsey, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.